```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|   Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION No. 3:07MC241(AVC) |
| | ) | |
| HAI-KHOA DANG, | ) | |
|   Respondent. | ) | |

### ENFORCEMENT ORDER AND JUDGMENT

    This matter having come on for hearing before the undersigned on October 30, 2007, pursuant to the court's order to show cause, the respondent, Hai-Khoa Dang, not having shown any cause why he should not obey the summons issued to him on March 15, 2007, and it appearing that the summons issued by Revenue Officer Thomas Handel, which was served on the respondent, Hai-Khoa Dang on March 15, 2007, (1) was issued for a legitimate purpose, that is, the investigation of correct federal income tax liability of the respondent, Hai-Khoa Dang, for the tax periods ending December 31, 2001, December 31, 2002, and December 31, 2003 (Forms 1040); (2) that the summoned testimony and data may be relevant to that determination; (3) that the testimony and other data sought are not already in the possession of the Internal Revenue Service; and (4) that the administrative steps required by the Internal Revenue Code have been followed, it is therefore

    ORDERED, ADJUDICATED, AND DECREED that the respondent, Hai-Khoa Dang, provide to Revenue Officer Thomas Handel or a designated representative, on or before November 6, 2007, at the Office of the Internal Revenue Service, 936 Silas Deane Hwy, 2nd floor, Wethersfield, CT  06109, such information as will allow the government to pursue collection of the tax liability for the periods indicated above, with the understanding that all tax

returns for the periods indicated above will be filed by December 1, 2007.

    DONE AND ORDERED this 30th day of October, 2007, at Hartford, Connecticut.

                                            /s/
                                 _____
                                 Alfred V. Covello
                                 United States District Judge